JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for (plaintiffs) Dorothy Blakeney,
Individually and as successor-in-interest to
Delmont Blakeney, Deborah Blakeney,
Delmont Blakeney, Jr., Denise Blakeney and
Dominic Blakeney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BLAKENEY, ET AL. | CIVIL NO. C09-05340 JCS |
| Plaintiff, | STIPULATION TO DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER OF DISMISSAL [F.R.C.P RULE 42(a)(2)] |
| vs | |
| UNION SHIPHOLDING, S.A., ET AL. | |
| Defendants. | |
-----------------------------------------/

**IT IS HEREBY STIPULATED** by the parties herein, by and through their respective counsel of record, that this action be dismissed *without prejudice* pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure and that endorsemant of this agreement may be by counterpart signatures.

Dated: July 15, 2010                                LAW OFFICES OF JOHN L. BURRIS


                                                           By: /S/ JOHN L. BURRIS
                                                                  JOHN L. BURRIS

_____

1

1  Dated: July 17, 2010                    EMARD, DANOFF, PORT, TAMULSKI
2                                          & PAETZOLD LLP
3
4                                          By:  /S/ ERIC DANOFF
5                                               ERIC DANOFF
6
7
8
9                                **ORDER**

10     Upon review of the stipulation and consideration thereof, and good cause appearing,

11     **IT IS ORDERED** that this action is dismissed without prejudice pursuant to Rule

12  42(a)(2) of the Federal Rules of Civil Procedure.

13

14
    Dated:  07/20/10                       _____
15                                          JOSEPH
                                            UNITED                    JUDGE
16

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

2